UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liz Gill<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ford Motor Company<br><br>　　　　　Defendants. | Case No. CV 18-01312-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 19, 2018　　　　　_____
　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE