UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ GILL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01312-AB-FFM<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Andre Birotte Jr.<br>Ctrm:   7B<br><br>Case Transferred: February 20, 2018<br>Trial Date: None Set |

1

2:18-cv-01312-AB-FFM

ORDER

On June 18, 2018, Plaintiff LIZ GILL along with Defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: June 26, 2018

_____
ANDRE BIROTTE JR.
United States District Court Judge
Southern District of California